# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-1281      Caption [use short title]

**Motion for:** to permit correction of the administrative record

filed in this appeal via addition of 1/6/17 emails

_____

Set forth below precise, complete statement of relief sought:

to permit addition of 1/6/17 emails to record on appeal

in correction of Administrative Record in this ERISA appeal

**Mayer v. Ringler Associates Inc. and Af**

_____

_____

_____

_____

| | |
|---|---|
| **MOVING PARTY:** Gregory Mayer | **OPPOSING PARTY:** Ringler Associates Inc., et al |
| ☐ Plaintiff  ☐ Defendant | |
| ☑ Appellant/Petitioner  ☐ Appellee/Respondent | |

**MOVING ATTORNEY:** Michael Confusione    **OPPOSING ATTORNEY:** Appellees' Counsel, Patrick Begos

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Hegge & Confusione LLC, PO Box 366, Mullica Hill, NJ 08062 | Robinson & Cole LLP, 1055 Washington Boulevard, Stamford, CT 06901 |
| 800-790-1550 | 203-462-7550 |
| mc@heggelaw.com | pbegos@rc.com |

**Court- Judge/ Agency appealed from:** Vincent L. Briccetti, USDJ, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☐ Unopposed   ☑ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No

Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Michael Confusione    **Date:** 9/15/20    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CASE NO. 20-1281**

_____

GREGORY MAYER,

Plaintiff-Appellant,

v.

RINGLER ASSOCIATES INC. AND AFFILIATES
LONG TERM DISABILITY PLAN AND
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendants-Appellees.

_____

## APPELLANT'S MOTION TO CORRECT ADMINISTRATIVE RECORD AND PERMIT SUPPLEMENTATION OF RECORD IN SUPPORT OF APPEAL

Pursuant to Fed. R. App. P. 10(e) and this Court's inherent powers,

Appellant hereby moves for an Order permitting correction of the Administrative

Record previously filed in support of this appeal to add a January 6, 2017 email,

and response thereto (A161-174, attached), that were inadvertently omitted from

the Administrative Record filed in the District Court but should have been included

as part of the administrative record in this ERISA matter. Appellant relies on the

accompanying

Declaration of Counsel and Declaration of Appellant Gregory Mayer in support of
this motion.

Respectfully submitted,

/s/ Michael Confusione (MC-6855)
Hegge & Confusione, LLC
P.O. Box 366, Mullica Hill, NJ 08062-0366
(800) 790-1550; (888) 963-8864 (fax)
mc@heggelaw.com
Counsel for Appellant

Dated: September 15, 2020

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CASE NO. 20-1281

_____

GREGORY MAYER,

Plaintiff-Appellant,

v.

RINGLER ASSOCIATES INC. AND AFFILIATES
LONG TERM DISABILITY PLAN AND
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendants-Appellees.

_____

## DECLARATION OF COUNSEL IN SUPPORT OF APPELLANT'S MOTION TO CORRECT ADMINISTRATIVE RECORD AND PERMIT SUPPLEMENTATION OF RECORD IN SUPPORT OF APPEAL

Michael Confusione, of full age, declares under penalty of perjury as follows:

1.      I am counsel for Appellant.  I am fully familiar with the facts set forth below, which I set forth in support of Appellant's Motion for an Order permitting supplementation of the record on appeal with a January 6, 2017 email, and response thereto, inadvertently omitted from the Administrative Record that was filed with the District Court (attached as A161-174).

2.      This is a long-term disability benefits dispute under ERISA, and an appeal by plaintiff from the District Court's judgment in favor of defendants.

3.     Appellant's Brief and Appendix have been filed in support of appellant's appeal.  Appellee's Brief has not yet been filed and is due October 16, 2020.

4.     The Administrative Record reflecting Mr. Mayer's benefits claim was filed in the District Court below and is part of the record filed with this Court (under seal) in this appeal.

5.     The document sought to be added to the record on appeal in this case is a January 6, 2017 email from Mr. Mayer (appellant) to Ringler Associates, Incorporated's Operations Manager, Carol Ferrari, claimed disability plan administrator for Ringler Associates, requesting commission detail reports for 2013 and 2014, and Ms. Ferrari's email response to Mr. Mayer dated that same day attaching the reports that Mr. Mayer requested.

6.     These emails between Mr. Mayer and Operations Manager Ferrari should have been included in the Administrative Record as part of the communications regarding Mr. Mayer's benefits claim.  The commission details reports were included in the Record, but the emails showing that Ms. Ferrari provided the records to Mr. Mayer were somehow omitted.  ERISA requires that all communications with the plan administrator be included in the Administrative Record filed with the District Court.  This includes all documents relevant to the participant's claim.  29 C.F.R. § 2560.503-1(j).  The Administrative Record

includes anything considered, submitted, or generated in the course of making the benefits determination. 29 C.F.R. § 2560.503-1(m)(8)(ii). The parties and their counsel properly stipulated to the Administrative Record in the District Court below per this governing ERISA law. As Mr. Mayer affirms in his accompanying Declaration, the January 6, 2017 emails were inadvertently omitted; they were clearly part of the communications pertaining to Mr. Mayer's claim for benefits and should have been included in the record.

7.      The emails are relevant to Mr. Mayer's appeal before this Court. The primary issue in this appeal is whether defendants correctly calculated the amount of long-term disability benefits payable to Mr. Mayer under the Plan (that Mr. Mayer is disabled is not disputed). Defendants have continued to accuse Mr. Mayer of having "created" these commission reports.[1] These emails between Mr. Mayer and RAI's Ferrari clarify that RAI provided the reports to Mr. Mayer; he did not "create" them as defendants have falsely claimed.

---

[1] In defendants' trial brief filed with the District Court, for example, defendants argued: "Plaintiff also contended that his Pre-disability Earnings were far higher than he had previously asserted to Hartford Life. For example, Plaintiff claimed that Ringler Scarsdale received more than $900,000 in commissions from Ringler Associates in 2013 and 2014, as supposedly reflected in a 'report' from Ringler Scarsdales's 'general ledger' which appears to be a document he created in 2017 from unknown data, and which shows payments from entities other than Ringler Associates. AR 610, 618-28." The January 6, 2017 emails, which should have been part of the Administrative Record per ERISA law, clarify that RAI, not Mr. Mayer, produced these commission reports. Mr. Mayer did not "create" them.

8. The Court has the power to permit correction of the Administrative Record and supplementation of the record on appeal with the January 6, 2017 emails. United States v. Aulet, 618 F.2d 182, 187 (2d Cir. 1980); Erkins v. Bryan, 663 F.2d 1048, 1052 n.1 (11th Cir. 1981); Turk v. United States, 429 F.2d 1327, 1329 (8th Cir. 1970); Gatewood v. United States, 209 F.2d 789, 792–93 (D.C. Cir. 1953). The Second Circuit has noted that Fed. R. App. P. 10(e)(2) provides that "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified" by the Court. Knopf v. Esposito, 803 F. App'x 448, 457 (2d Cir. 2020); Aulet, 618 F.2d at 187 (noting Court of Appeals may "of its own initiative ... direct ... that a supplemental record be certified and transmitted"). Other circuits have noted also the Court of Appeals' inherent equitable power to supplement the record on appeal as justice requires. Dickerson v. State of Ala., 667 F.2d 1364, 1367 (11th Cir. 1982); Turk, 429 F.2d at 1329.

9. Whether the record should be supplemented under the circumstances of a particular case is left to the discretion of the Court, Singleton v. Wulff, 428 U.S. 106, 121, 96 S. Ct. 2868, 2877, 49 L. Ed. 2d 826 (1976) (issues raised for the first time on appeal). We respectfully request that the Court exercise its discretion to permit supplementation of the record in this appeal with the short January 6, 2017 emails (attached and bates-stamped A161-174) which should have been part

of the Administrative Record filed in this ERISA case in the first place but now appears were inadvertently omitted.

10.     Appellant (Mr. Mayer) has communicated with counsel for the appellees in a good faith attempt to resolve this issue by Stipulation correcting the record on appeal but has been unable to reach an agreement with opposing counsel, leading to filing of this Motion with the Court here.

11.     For these reasons and those stated in Mr. Mayer's accompanying Declaration, appellant respectfully requests that the Court grant this Motion and permit supplementation of the record on appeal with the attached January 6, 2017 emails bates stamped A161-174.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9/15/20                    /s/ Michael Confusione
                                        Counsel for Appellant

**Greg Mayer**

| | |
|---|---|
| **From:** | Greg Mayer <GMayer@ringlerassociates.com> |
| **Sent:** | Friday, January 6, 2017 12:27 PM |
| **To:** | Carol Ferrari |
| **Subject:** | Please send me commission paid |

For Ringler Scarsdale Inc for 2013, 2014. Thank you.

Gregory J. Mayer, Esq., CFP®, CSSC
CERTIFIED FINANCIAL PLANNER™
**RINGLER ASSOCIATES**•
**INCORPORATED**
80 Maiden Lane, Suite 1205
New York, NY 10038
(212) 785-0282 - (212) 785-0209 Fax
(917) 653-4210 Mobile
gmayer@ringlerassociates.com

*OUR SUCCESS IS OUR PEOPLE*

| | |
|---|---|
| **From:** | Carol Ferrari |
| **Sent:** | Friday, January 6, 2017 6:57 PM |
| **To:** | Greg Mayer |
| **Subject:** | RE: Please send me commission paid |
| **Attachments:** | SKMBT_C35317010615570.pdf |

Greg
Attached are your general ledger accounts Commission Rec'ed Direct and Commission Expense for the years 2013, 2014 and 2015.
If you need anything else, just let me know.
Have a good weekend.

*Carol Ferrari-Rogers*

Operations Manager

# RINGLER
Everybody Wins

Ringler Management Services
Office: (949) 296-9000 | Mobile: (909) 210-0568
Fax: (949) 420-1101
27422 Aliso Creek Road, Suite 200
Aliso Viejo, CA 92656-5337
cferrari@ringlerassociates.com
www.ringlerassociates.com

OBJECTIVE SETTLEMENT ADVISORS

**From:** Greg Mayer
**Sent:** Friday, January 06, 2017 9:27 AM
**To:** Carol Ferrari <CFerrari@ringlerassociates.com>
**Subject:** Please send me commission paid

For Ringler Scarsdale Inc for 2013, 2014. Thank you.

Gregory J. Mayer, Esq., CFP®, CSSC
CERTIFIED FINANCIAL PLANNER™
**RINGLER ASSOCIATES®**
**INCORPORATED**
80 Maiden Lane, Suite 1205
New York, NY 10038
(212) 785-0282 - (212) 785-0209 Fax
(917) 653-4210 Mobile
gmayer@ringlerassociates.com

*OUR SUCCESS IS OUR PEOPLE*

NOTICE: This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient, please delete this message. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and is unlawful. Information contained herein is not tax advice nor is it intended or written to be used, and cannot be used, for the purpose of avoiding any tax penalties. You should seek advice based on your particular circumstances from an independent tax advisor if you have tax related questions.

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                              Period: 01/01/2013 - 12/31/2013

| Trans. Date | Source | Batch ID | Payee / Description ============================= | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 03/29/2013 | R | TB | 8 AIG LIFE | 617102 104 | | 1,050.00 |
| 03/29/2013 | R | TB | 13 METROPLTAN | 594609 104 | | 17,473.75 |
| 03/29/2013 | R | TB | 13 METROPLTAN | 620434 104 | | 1,898.75 |
| 03/29/2013 | R | TB | 54 PACIFIC LF | 619813 104 | | 700.00 |
| 04/30/2013 | R | TB | 8 AIG LIFE | 617104 104 | | 2,100.00 |
| 04/30/2013 | R | TB | 13 METROPLTAN | 617104 104 | | 2,073.75 |
| 04/30/2013 | R | TB | 13 METROPLTAN | 617104 104 | | 976.50 |
| 04/30/2013 | R | TB | 40 NEW YORK | 622414 104 | | 929.90 |
| 04/30/2013 | R | TB | 47 BERKSHIRE | 618155 104 | | 14,000.00 |
| 04/30/2013 | R | TB | 47 BERKSHIRE | 622223 104 | | 7,000.00 |
| 04/30/2013 | R | TB | 47 BERKSHIRE | 622223 104 | | 7,000.00 |
| 04/30/2013 | R | TB | 47 BERKSHIRE | 622223 104 | | 7,000.00 |
| 04/30/2013 | R | TB | 51 LBRTY LIFE | 615167 104 | | 2,622.37 |
| 04/30/2013 | R | TB | 51 LBRTY LIFE | 623202 104 | | 1,666.89 |
| 04/30/2013 | R | TB | 54 PACIFIC LF | 623341 104 | | 8,750.00 |
| 04/30/2013 | R | TB | 54 PACIFIC LF | 623343 104 | | 2,150.32 |
| 05/31/2013 | R | TB | 7 AM GENL LF | 622616 104 | | 3,500.00 |
| 05/31/2013 | R | TB | 7 AM GENL LF | 623837 104 | | 2,199.34 |
| 05/31/2013 | R | TB | 7 AM GENL LF | 623840 104 | | 17,346.77 |
| 05/31/2013 | R | TB | 7 AM GENL LF | 625415 104 | | 839.94 |
| 05/31/2013 | R | TB | 7 AM GENL LF | 625426 104 | | 853.54 |
| 05/31/2013 | R | TB | 8 AIG LIFE | 617104 104 | | 2,100.00 |
| 05/31/2013 | R | TB | 13 METROPLTAN | 622223 104 | | 4,361.87 |
| 05/31/2013 | R | TB | 32 OTHER | 612829 104 | | 658.22 |
| 05/31/2013 | R | TB | 32 OTHER | 612829 104 | | 881.35 |
| 05/31/2013 | R | TB | 40 NEW YORK | 621537 104 | | 6,203.20 |
| 05/31/2013 | R | TB | 40 NEW YORK | 621537 104 | | 2,836.72 |
| 05/31/2013 | R | TB | 47 BERKSHIRE | 623837 104 | | 10,799.22 |
| 05/31/2013 | R | TB | 47 BERKSHIRE | 623839 104 | | 8,746.91 |
| 05/31/2013 | R | TB | 47 BERKSHIRE | 625761 104 | | 6,212.49 |
| 05/31/2013 | R | TB | 47 BERKSHIRE | 625761 104 | | 9,318.75 |
| 05/31/2013 | R | TB | 51 LBRTY LIFE | 621537 104 | | 9,315.02 |
| 05/31/2013 | R | TB | 51 LBRTY LIFE | 623697 104 | | 490.01 |
| 05/31/2013 | R | TB | 51 LBRTY LIFE | 624051 104 | | 1,320.95 |
| 05/31/2013 | R | TB | 51 LBRTY LIFE | 624157 104 | | 3,387.95 |
| 05/31/2013 | R | TB | 54 PACIFIC LF | 622989 104 | | 918.36 |
| 06/28/2013 | R | TB | 7 AM GENL LF | 625073 104 | | 20,466.88 |
| 06/28/2013 | R | TB | 8 AIG LIFE | 621537 104 | | 9,318.75 |
| 06/28/2013 | R | TB | 8 AIG LIFE | 621537 104 | | 3,106.25 |
| 06/28/2013 | R | TB | 13 METROPLTAN | 588717 104 | | 268.56 |
| 06/28/2013 | R | TB | 13 METROPLTAN | 621537 104 | | 9,309.43 |
| 06/28/2013 | R | TB | 17 PRUDENTIAL | 621537 104 | | 9,309.43 |
| 06/28/2013 | R | TB | 40 NEW YORK | 622223 104 | | 6,995.63 |
| 06/28/2013 | R | TB | 40 NEW YORK | 622223 104 | | 6,995.63 |
| 06/28/2013 | R | TB | 40 NEW YORK | 622223 104 | | 6,995.63 |
| 06/28/2013 | R | TB | 54 PACIFIC LF | 621537 104 | | 19,880.00 |
| 06/28/2013 | R | TB | 54 PACIFIC LF | 621987 104 | | 3,500.00 |
| 06/28/2013 | R | TB | 56 JOHNHANCOC | 607210 104 | | 2,275.00 |
| 07/31/2013 | R | TB | 17 PRUDENTIAL | 627272 104 | | 3,924.36 |
| 07/31/2013 | R | TB | 32 OTHER | 612829 104 | | 660.57 |

A164

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                        Period: 01/01/2013 - 12/31/2013

| Trans. Date | Source | Batch ID | Payee / Description =========================== | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 07/31/2013 | R | TB | 32 OTHER | 612829 104 | | 774.13 |
| 07/31/2013 | R | TB | 40 NEW YORK | 622414 104 | | 699.93- |
| 07/31/2013 | R | TB | 40 NEW YORK | 625024 104 | | 6,973.75 |
| 07/31/2013 | R | TB | 40 NEW YORK | 625025 104 | | 6,986.88 |
| 07/31/2013 | R | TB | 51 LBRTY LIFE | 627096 104 | | 748.47 |
| 07/31/2013 | R | TB | 51 LBRTY LIFE | 627665 104 | | 3,223.53 |
| 07/31/2013 | R | TB | 54 PACIFIC LF | 626161 104 | | 437.49 |
| 07/31/2013 | R | TB | 54 PACIFIC LF | 626162 104 | | 3,765.60 |
| 08/30/2013 | R | TB | 7 AM GENL LF | 625554 104 | | 19,935.85 |
| 08/30/2013 | R | TB | 13 METROPLTAN | 622223 104 | | 1,831.98- |
| 08/30/2013 | R | TB | 13 METROPLTAN | 628171 104 | | 43,743.42 |
| 08/30/2013 | R | TB | 13 METROPLTAN | 629615 104 | | 1,713.47 |
| 08/30/2013 | R | TB | 17 PRUDENTIAL | 629617 104 | | 861.87 |
| 08/30/2013 | R | TB | 40 NEW YORK | 604518 104 | | 1,214.53 |
| 08/30/2013 | R | TB | 40 NEW YORK | 622223 104 | | 8,814.49- |
| 08/30/2013 | R | TB | 47 BERKSHIRE | 622223 104 | | 8,820.00- |
| 08/30/2013 | R | TB | 51 LBRTY LIFE | 623697 104 | | 490.01- |
| 08/30/2013 | R | TB | 51 LBRTY LIFE | 629352 104 | | 3,471.23 |
| 08/30/2013 | R | TB | 51 LBRTY LIFE | 629757 104 | | 1,013.45 |
| 08/30/2013 | R | TB | 51 LBRTY LIFE | 630089 104 | | 2,069.02 |
| 08/30/2013 | R | TB | 54 PACIFIC LF | 601865 104 | | 3,787.87 |
| 08/30/2013 | R | TB | 54 PACIFIC LF | 622034 104 | | 437.49 |
| 08/30/2013 | R | TB | 54 PACIFIC LF | 629353 104 | | 1,251.30 |
| 09/30/2013 | R | TB | 13 METROPLTAN | 630771 104 | | 6,973.75 |
| 09/30/2013 | R | TB | 51 LBRTY LIFE | 625762 104 | | 2,241.86 |
| 10/31/2013 | R | TB | 7 AM GENL LF | 598727 104 | | 875.00 |
| 10/31/2013 | R | TB | 8 AIG LIFE | 631806 104 | | 3,287.78 |
| 10/31/2013 | R | TB | 17 PRUDENTIAL | 630679 104 | | 17,486.87 |
| 10/31/2013 | R | TB | 17 PRUDENTIAL | 632701 104 | | 7,863.19 |
| 10/31/2013 | R | TB | 32 OTHER | 612829 104 | | 684.97 |
| 10/31/2013 | R | TB | 32 OTHER | 612829 104 | | 802.70 |
| 10/31/2013 | R | TB | 40 NEW YORK | 622414 104 | | 229.98- |
| 10/31/2013 | R | TB | 40 NEW YORK | 629071 104 | | 2,284.24 |
| 10/31/2013 | R | TB | 40 NEW YORK | 632701 104 | | 7,863.19 |
| 10/31/2013 | R | TB | 47 BERKSHIRE | 632701 104 | | 3,543.75 |
| 10/31/2013 | R | TB | 51 LBRTY LIFE | 631586 104 | | 1,870.78 |
| 10/31/2013 | R | TB | 51 LBRTY LIFE | 632705 104 | | 899.84 |
| 10/31/2013 | R | TB | 51 LBRTY LIFE | 634087 104 | | 543.90 |
| 10/31/2013 | R | TB | 54 PACIFIC LF | 630679 104 | | 24,500.00 |
| 10/31/2013 | R | TB | 54 PACIFIC LF | 634879 104 | | 700.00 |
| 11/27/2013 | R | TB | 17 PRUDENTIAL | 628921 104 | | 1,130.92 |
| 11/27/2013 | R | TB | 40 NEW YORK | 634880 104 | | 1,312.49 |
| 11/27/2013 | R | JGJ | 51 LBRTY LIFE | 633843 104 | | 1,685.54 |
| 11/27/2013 | R | JGJ | 51 LBRTY LIFE | 635593 104 | | 3,651.48 |
| 11/27/2013 | R | TB | 54 PACIFIC LF | 631807 104 | | 519.68 |
| 12/31/2013 | R | TB | 17 PRUDENTIAL | 631261 104 | | 2,057.03 |
| 12/31/2013 | R | TB | 17 PRUDENTIAL | 631261 104 | | 2,084.24 |
| 12/31/2013 | R | JGJ | 40 NEW YORK | 632701 104 | | 3,897.95 |
| 12/31/2013 | R | JGJ | 40 NEW YORK | 632701 104 | | 4,008.06 |
| 12/31/2013 | R | TB | 51 LBRTY LIFE | 625090 104 | | 4,891.86 |

A165

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                    Period: 01/01/2013 - 12/31/2013

| Trans. Date | Source | Batch ID | Payee / Description ============================ | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 12/31/2013 | R | TB | 51 LBRTY LIFE | 626496 104 | | 656.50 |
| 12/31/2013 | R | TB | 51 LBRTY LIFE | 629352 104 | | 1,556.73- |
| 12/31/2013 | R | TB | 51 LBRTY LIFE | 635362 104 | | 646.60 |
| 12/31/2013 | R | TB | 54 PACIFIC LF | 635085 104 | | 1,636.18 |
| | | | | | 0.00 | 463,255.54 |

Net Posting for the Period:                                             463,255.54

A166

Account Number: 4000-00   COMMISSION EXPENSE                                    Period: 01/01/2013 - 12/31/2013

| Trans. Date | Source | Batch ID | Payee / Description =========================== | Invoice / Reference ========= | | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 01/24/2013 | A | TB | Ringler Insurance Agency | Phanor, Andre | * | 875.00 | |
| 01/29/2013 | A | TB | Ringler Insurance Agency | Phanor, Andre | * | 875.00 | |
| 03/11/2013 | A | TB | Ringler Insurance Agency | Glover, Jamiece | * | 8,736.87 | |
| 07/10/2013 | A | TB | Ringler Insurance Agency | Brown, Amaiya | * | 3,486.87 | |
| 11/14/2013 | A | BJA | Ringler Insurance Agency | Monroy, Gianna | * | 848.19 | |
| | | | | | | -------------- | -------------- |
| | | | | | | 14,821.93 | 0.00 |

Net Posting for the Period:                                  14,821.93

A167

2014

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                                 Period: 01/01/2014 - 12/31/2014

| Trans. Date | Source | Batch ID | Payee / Description ============================ | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 02/28/2014 | R | TB | 8 AIG LIFE | 635361 104 | | 24,537.22 |
| 02/28/2014 | R | TB | 13 METROPLTAN | 627321 104 | | 771.11 |
| 02/28/2014 | R | TB | 13 METROPLTAN | 634600 104 | | 582.47 |
| 02/28/2014 | R | TB | 13 METROPLTAN | 634955 104 | | 5,080.15 |
| 02/28/2014 | R | TB | 13 METROPLTAN | 638032 104 | | 673.75 |
| 02/28/2014 | R | TB | 13 METROPLTAN | 638032 104 | | 1,373.75 |
| 02/28/2014 | R | TB | 32 OTHER | 612829 104 | | 724.60 |
| 02/28/2014 | R | TB | 32 OTHER | 612829 104 | | 850.52 |
| 02/28/2014 | R | TB | 47 BERKSHIRE | 635361 104 | | 23,587.78 |
| 02/28/2014 | R | TB | 47 BERKSHIRE | 635361 104 | | 13,212.49 |
| 02/28/2014 | R | TB | 51 LBRTY LIFE | 623202 104 | | 1,666.89- |
| 02/28/2014 | R | TB | 51 LBRTY LIFE | 630089 104 | | 2,069.02- |
| 02/28/2014 | R | TB | 51 LBRTY LIFE | 632704 104 | | 2,250.54 |
| 02/28/2014 | R | TB | 51 LBRTY LIFE | 632704 104 | | 264.95- |
| 02/28/2014 | R | TB | 51 LBRTY LIFE | 639543 104 | | 1,803.44 |
| 02/28/2014 | R | TB | 54 PACIFIC LF | 604478 104 | | 544.91 |
| 02/28/2014 | R | TB | 54 PACIFIC LF | 632702 104 | | 1,430.52 |
| 03/31/2014 | R | TB | 7 AM GENL LF | 606333 104 | | 56,000.00 |
| 03/31/2014 | R | TB | 13 METROPLTAN | 634954 104 | | 8,736.87 |
| 03/31/2014 | R | TB | 13 METROPLTAN | 634954 104 | | 8,736.87 |
| 03/31/2014 | R | TB | 17 PRUDENTIAL | 634954 104 | | 8,760.18 |
| 03/31/2014 | R | TB | 17 PRUDENTIAL | 634954 104 | | 8,726.71 |
| 03/31/2014 | R | TB | 17 PRUDENTIAL | 634954 104 | | 1,386.88 |
| 03/31/2014 | R | TB | 17 PRUDENTIAL | 634954 104 | | 15,619.68 |
| 03/31/2014 | R | TB | 40 NEW YORK | 638030 104 | | 641.30 |
| 03/31/2014 | R | TB | 47 BERKSHIRE | 640000 104 | | 2,257.49 |
| 03/31/2014 | R | TB | 47 BERKSHIRE | 640000 104 | | 2,257.49 |
| 03/31/2014 | R | TB | 47 BERKSHIRE | 640415 104 | | 2,100.00 |
| 03/31/2014 | R | TB | 47 BERKSHIRE | 643489 104 | | 2,295.40 |
| 03/31/2014 | R | TB | 51 LBRTY LIFE | 629352 104 | | 1,914.49- |
| 03/31/2014 | R | TB | 54 PACIFIC LF | 637721 104 | | 826.56 |
| 03/31/2014 | R | TB | 54 PACIFIC LF | 639090 104 | | 3,281.25 |
| 03/31/2014 | R | TB | 54 PACIFIC LF | 639090 104 | | 3,281.25 |
| 03/31/2014 | R | TB | 54 PACIFIC LF | 641590 104 | | 2,543.10 |
| 04/30/2014 | R | TB | 17 PRUDENTIAL | 642172 104 | | 9,073.75 |
| 04/30/2014 | R | TB | 32 OTHER | 612829 104 | | 368.87 |
| 04/30/2014 | R | TB | 32 OTHER | 612829 104 | | 861.72 |
| 04/30/2014 | R | TB | 47 BERKSHIRE | 635363 104 | | 3,342.49 |
| 04/30/2014 | R | TB | 47 BERKSHIRE | 639919 104 | | 4,153.86 |
| 04/30/2014 | R | TB | 47 BERKSHIRE | 639919 104 | | 1,750.00 |
| 04/30/2014 | R | TB | 51 LBRTY LIFE | 631808 104 | | 3,299.80 |
| 04/30/2014 | R | TB | 51 LBRTY LIFE | 639089 104 | | 815.29 |
| 04/30/2014 | R | TB | 51 LBRTY LIFE | 643491 104 | | 1,993.10 |
| 04/30/2014 | R | TB | 51 LBRTY LIFE | 645085 104 | | 3,311.91 |
| 04/30/2014 | R | TB | 54 PACIFIC LF | 642173 104 | | 1,010.34 |
| 05/30/2014 | R | TB | 8 AIG LIFE | 623264 104 | | 3,613.50 |
| 05/30/2014 | R | TB | 17 PRUDENTIAL | 640702 104 | | 7,940.50 |
| 05/30/2014 | R | TB | 51 LBRTY LIFE | 645806 104 | | 649.04 |
| 06/30/2014 | R | TB | 13 METROPLTAN | 637361 104 | | 220.22 |
| 06/30/2014 | R | TB | 13 METROPLTAN | 645087 104 | | 6,623.75 |

A168

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                          Period: 01/01/2014 - 12/31/2014

| Trans. Date | Source | Batch ID | Payee / Description =========================== | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 06/30/2014 | R | TB | 13 METROPLTAN | 646986 104 | | 3,049.36 |
| 06/30/2014 | R | TB | 40 NEW YORK | 638031 104 | | 1,189.62 |
| 06/30/2014 | R | TB | 51 LBRTY LIFE | 632707 104 | | 3,662.96 |
| 06/30/2014 | R | VL | 51 LBRTY LIFE | 638311 104 | | 521.57 |
| 06/30/2014 | R | VL | 51 LBRTY LIFE | 641591 104 | | 1,292.00 |
| 07/31/2014 | R | TB | 7 AM GENL LF | 597148 104 | | 7,000.00 |
| 07/31/2014 | R | TB | 13 METROPLTAN | 639373 104 | | 2,519.71 |
| 07/31/2014 | R | TB | 32 OTHER | 612829 104 | | 382.67 |
| 07/31/2014 | R | TB | 32 OTHER | 612829 104 | | 766.75 |
| 07/31/2014 | R | TB | 51 LBRTY LIFE | 624385 104 | | 12,181.86 |
| 07/31/2014 | R | TB | 51 LBRTY LIFE | 626164 104 | | 3,045.38 |
| 07/31/2014 | R | TB | 51 LBRTY LIFE | 635364 104 | | 2,918.19 |
| 07/31/2014 | R | TB | 51 LBRTY LIFE | 648279 104 | | 3,648.50 |
| 07/31/2014 | R | TB | 51 LBRTY LIFE | 650525 104 | | 6,174.85 |
| 07/31/2014 | R | TB | 54 PACIFIC LF | 603919 104 | | 3,360.22 |
| 08/29/2014 | R | TB | 13 METROPLTAN | 650020 104 | | 1,417.94 |
| 08/29/2014 | R | TB | 51 LBRTY LIFE | 635362 104 | | 115.95- |
| 08/29/2014 | R | TB | 51 LBRTY LIFE | 636738 104 | | 1,526.38 |
| 08/29/2014 | R | TB | 51 LBRTY LIFE | 636739 104 | | 592.90 |
| 08/29/2014 | R | TB | 51 LBRTY LIFE | 645085 104 | | 428.89- |
| 09/30/2014 | R | TB | 8 AIG LIFE | 646200 104 | | 13,125.00 |
| 09/30/2014 | R | TB | 8 AIG LIFE | 646200 104 | | 1,402.73 |
| 09/30/2014 | R | TB | 40 NEW YORK | 638030 104 | | 371.21 |
| 09/30/2014 | R | TB | 51 LBRTY LIFE | 629614 104 | | 22,926.15 |
| 09/30/2014 | R | TB | 51 LBRTY LIFE | 629614 104 | | 229.22 |
| 09/30/2014 | R | TB | 51 LBRTY LIFE | 629756 104 | | 3,962.51 |
| 09/30/2014 | R | TB | 51 LBRTY LIFE | 652400 104 | | 1,024.00 |
| 09/30/2014 | R | TB | 54 PACIFIC LF | 632702 104 | | 1,430.52- |
| 09/30/2014 | R | TB | 54 PACIFIC LF | 632702 104 | | 943.25 |
| 10/31/2014 | R | TB | 13 METROPLTAN | 639374 104 | | 4,016.92 |
| 10/31/2014 | R | TB | 13 METROPLTAN | 648276 104 | | 26,223.75 |
| 10/31/2014 | R | TB | 13 METROPLTAN | 648276 104 | | 13,650.00 |
| 10/31/2014 | R | VL | 13 METROPLTAN | 648277 104 | | 3,121.74 |
| 10/31/2014 | R | VL | 17 PRUDENTIAL | 650176 104 | | 4,846.51 |
| 10/31/2014 | R | VL | 17 PRUDENTIAL | 654723 104 | | 815.75 |
| 10/31/2014 | R | TB | 32 OTHER | 612829 104 | | 377.51 |
| 10/31/2014 | R | TB | 32 OTHER | 612829 104 | | 756.37 |
| 10/31/2014 | R | TB | 40 NEW YORK | 655835 104 | | 9,337.89 |
| 10/31/2014 | R | TB | 51 LBRTY LIFE | 634087 104 | | 1,017.73 |
| 10/31/2014 | R | TB | 51 LBRTY LIFE | 655834 104 | | 2,587.73 |
| 10/31/2014 | R | TB | 51 LBRTY LIFE | 655836 104 | | 326.20 |
| 10/31/2014 | R | TB | 54 PACIFIC LF | 577299 104 | | 9,821.07 |
| 11/26/2014 | R | VL | 51 LBRTY LIFE | 623202 104 | | 2,323.62 |
| 11/26/2014 | R | VL | 51 LBRTY LIFE | 636739 104 | | 18.51 |
| 11/26/2014 | R | VL | 51 LBRTY LIFE | 656192 104 | | 5,239.49 |
| 12/31/2014 | R | TB | 8 AIG LIFE | 655833 104 | | 3,395.00 |
| 12/31/2014 | R | TB | 13 METROPLTAN | 657905 104 | | 270.12 |
| 12/31/2014 | R | TB | 17 PRUDENTIAL | 654980 104 | | 13,973.75 |
| 12/31/2014 | R | TB | 51 LBRTY LIFE | 645806 104 | | 518.00 |
| 12/31/2014 | R | TB | 51 LBRTY LIFE | 660169 104 | | 607.21 |

A169

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                                          Period: 01/01/2014 - 12/31/2014

| Trans. | | Batch | Payee / | Invoice / | | |
|--------|--------|-------|-------------|-----------|-------|--------|
| Date | Source | ID | Description =============================== | Reference ========== | Debit | Credit |
| | | | | | 0.00 | 448,491.51 |
| | | | Net Posting for the Period: | | | 448,491.51 |

A170



Account Number: 4000-000 COMMISSION EXPENSE                                        Period: 01/01/2014 - 12/31/2014

| Trans. Date | Source | Batch ID | Payee / Description ============================ | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 05/27/2014 | A | TB | Ringler Insurance Agency | Petrides, Brian * | 49.23 | |
| 06/27/2014 | A | TB | Ringler Insurance Agency | Bruno-R, Jody * | 5.54 | |
| 10/24/2014 | A | TB | Ringler Insurance Agency | Patinella/DeLuca * | 19,936.87 | |
| | | | | | -------------- | -------------- |
| | | | | | 19,991.64 | 0.00 |
| | | | Net Posting for the Period: | | 19,991.64 | |

A171

Account Number: 3010-00  COMMISSIONS RECEIVED DIRECT                          Period: 01/01/2015 - 12/31/2015

| Trans. Date | Source | Batch ID | Payee / Description =========================== | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 02/27/2015 | R | VL | 13 METROPLTAN | 658711 104 | | 658.93 |
| 02/27/2015 | R | TB | 13 METROPLTAN | 658718 104 | | 649.15 |
| 02/27/2015 | R | TB | 13 METROPLTAN | 660494 104 | | 2,244.41 |
| 02/27/2015 | R | TB | 32 OTHER | 612829 104 | | 385.44 |
| 02/27/2015 | R | TB | 32 OTHER | 612829 104 | | 42.09 |
| 02/27/2015 | R | TB | 32 OTHER | 612829 104 | | 772.38 |
| 02/27/2015 | R | TB | 51 LBRTY LIFE | 635364 104 | | 730.30 |
| 02/27/2015 | R | TB | 51 LBRTY LIFE | 645806 104 | | 653.00- |
| 02/27/2015 | R | TB | 51 LBRTY LIFE | 648279 104 | | 730.30- |
| 02/27/2015 | R | TB | 54 PACIFIC LF | 648002 104 | | 609.95 |
| 03/31/2015 | R | TB | 8 AIG LIFE | 660167 104 | | 4,541.99 |
| 03/31/2015 | R | VL | 13 METROPLTAN | 660158 104 | | 1,934.68 |
| 03/31/2015 | R | VL | 51 LBRTY LIFE | 629614 104 | | 229.22- |
| 03/31/2015 | R | TB | 51 LBRTY LIFE | 660322 104 | | 1.04 |
| 03/31/2015 | R | TB | 51 LBRTY LIFE | 660322 104 | | 3,162.92 |
| 03/31/2015 | R | TB | 51 LBRTY LIFE | 660322 104 | | 1.04- |
| 03/31/2015 | R | TB | 51 LBRTY LIFE | 660493 104 | | 3,151.37 |
| 03/31/2015 | R | TB | 51 LBRTY LIFE | 661091 104 | | 3,130.68 |
| 04/30/2015 | R | TB | 13 METROPLTAN | 663554 104 | | 518.72 |
| 04/30/2015 | R | TB | 32 OTHER | 612829 104 | | 789.65 |
| 04/30/2015 | R | TB | 51 LBRTY LIFE | 652945 104 | | 3,139.49 |
| 04/30/2015 | R | TB | 51 LBRTY LIFE | 663752 104 | | 774.34 |
| 04/30/2015 | R | TB | 51 LBRTY LIFE | 663754 104 | | 1,298.47 |
| 04/30/2015 | R | TB | 51 LBRTY LIFE | 665990 104 | | 1,403.56 |
| 05/29/2015 | R | TB | 8 AIG LIFE | 657904 104 | | 2,625.00 |
| 05/29/2015 | R | TB | 8 AIG LIFE | 662215 104 | | 7,875.00 |
| 05/29/2015 | R | VL | 13 METROPLTAN | 665419 104 | | 872.26 |
| 05/29/2015 | R | VL | 17 PRUDENTIAL | 664834 104 | | 10,419.85 |
| 05/29/2015 | R | TB | 51 LBRTY LIFE | 636155 104 | | 4,661.93 |
| 05/29/2015 | R | TB | 51 LBRTY LIFE | 648279 104 | | 2,918.19- |
| 05/29/2015 | R | TB | 51 LBRTY LIFE | 660157 104 | | 7,992.77 |
| 06/30/2015 | R | VL | 8 AIG LIFE | 665989 104 | | 3,870.44 |
| 06/30/2015 | R | TB | 51 LBRTY LIFE | 645806 104 | | 514.05- |
| 06/30/2015 | R | TB | 51 LBRTY LIFE | 663752 104 | | 213.71- |
| 06/30/2015 | R | VL | 51 LBRTY LIFE | 665417 104 | | 981.37 |
| 06/30/2015 | R | VL | 51 LBRTY LIFE | 669702 104 | | 2,362.47 |
| 06/30/2015 | R | VL | 51 LBRTY LIFE | 669702 104 | | 67.51- |
| 06/30/2015 | R | VL | 54 PACIFIC LF | 627663 104 | | 6,125.00 |
| 07/31/2015 | R | VL | 8 AIG LIFE | 664833 104 | | 1,229.73 |
| 07/31/2015 | R | TB | 13 METROPLTAN | 669394 104 | | 296.04 |
| 07/31/2015 | R | TB | 40 NEW YORK | 668580 104 | | 5,427.80 |
| 07/31/2015 | R | VL | 51 LBRTY LIFE | 665417 104 | | 102.79 |
| 07/31/2015 | R | VL | 51 LBRTY LIFE | 668131 104 | | 648.10 |
| 07/31/2015 | R | TB | 51 LBRTY LIFE | 671856 104 | | 2,631.11 |
| 08/31/2015 | R | VL | 8 AIG LIFE | 662215 104 | | 262.49- |
| 08/31/2015 | R | VL | 8 AIG LIFE | 667104 104 | | 4,579.93 |
| 08/31/2015 | R | VL | 13 METROPLTAN | 667290 104 | | 6,111.87 |
| 08/31/2015 | R | VL | 51 LBRTY LIFE | 656193 104 | | 4,887.85 |
| 08/31/2015 | R | VL | 51 LBRTY LIFE | 660169 104 | | 1,753.36 |
| 09/30/2015 | R | VL | 13 METROPLTAN | 662355 104 | | 649.55 |

A172

Account Number: 3010-00   COMMISSIONS RECEIVED DIRECT                    Period: 01/01/2015 - 12/31/2015

| Trans. Date | Source | Batch ID | Payee / Description | Invoice / Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| 09/30/2015 | R | VL | 51 LBRTY LIFE | 675520 104 | | 6,289.49 |
| 09/30/2015 | R | VL | 54 PACIFIC LF | 661985 104 | | 1,711.44 |
| 09/30/2015 | R | VL | 54 PACIFIC LF | 661985 104 | | 1,711.44 |
| 10/30/2015 | R | TB | 8 AIG LIFE | 664831 104 | | 4,375.00 |
| 10/30/2015 | R | VL | 40 NEW YORK | 668580 104 | | 1,302.67- |
| 10/30/2015 | R | VL | 51 LBRTY LIFE | 663754 104 | | 744.62 |
| 10/30/2015 | R | VL | 51 LBRTY LIFE | 663754 104 | | 24.49- |
| 10/30/2015 | R | VL | 51 LBRTY LIFE | 676569 104 | | 1,980.81 |
| 11/30/2015 | R | TB | 8 AIG LIFE | 665989 104 | | 2,095.61- |
| 11/30/2015 | R | TB | 8 AIG LIFE | 670151 104 | | 17,500.00 |
| 11/30/2015 | R | VL | 17 PRUDENTIAL | 670151 104 | | 17,489.49 |
| 11/30/2015 | R | VL | 51 LBRTY LIFE | 661091 104 | | 3,130.68- |
| 11/30/2015 | R | TB | 51 LBRTY LIFE | 672121 104 | | 1,542.60 |
| 12/31/2015 | R | VL | 7 AM GENL LF | 598968 104 | | 5,250.00 |
| 12/31/2015 | R | VL | 8 AIG LIFE | 658708 104 | | 7,964.70 |
| 12/31/2015 | R | TB | 8 AIG LIFE | 660919 104 | | 1,171.38 |
| 12/31/2015 | R | VL | 13 METROPLTAN | 670152 104 | | 1,704.30 |
| 12/31/2015 | R | VL | 17 PRUDENTIAL | 676788 104 | | 9,086.87 |
| 12/31/2015 | R | VL | 51 LBRTY LIFE | 679308 104 | | 447.15 |
| 12/31/2015 | R | VL | 54 PACIFIC LF | 658712 104 | | 499.28 |

```
                                                              -------------- --------------
                                                                       0.00     173,369.39

                     Net Posting for the Period:                                173,369.39
```

A173

Account Number: 4000-00  COMMISSION EXPENSE                                    Period: 01/01/2015 - 12/31/2015

| Trans. Date | Source | Batch ID | Payee / Description ============================ | Invoice / Reference ========== | Debit | Credit |
|---|---|---|---|---|---|---|
| 06/18/2015 | A | VL | Ringler Insurance Agency | Lopez, Alay Mendez * | 3,062.49 | |
| | | | | | 3,062.49 | 0.00 |
| | | Net Posting for the Period: | | | 3,062.49 | |

A174

GREGORY MAYER,

Plaintiff-Appellant,

v.

RINGLER ASSOCIATES INC. AND AFFILIATES
LONG TERM DISABILITY PLAN AND
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendants-Appellees.

---

**DECLARATION OF GREGORY MAYER IN SUPPORT OF APPELLANT'S
MOTION TO CORRECT ADMINISTRATIVE RECORD AND PERMIT
SUPPLEMENTATION OF RECORD IN SUPPORT OF APPEAL**

Gregory Mayer, of full age, declares under penalty of perjury as follows:

1.      I am the Appellant in this matter.  I am fully familiar with the facts set forth here, which I set forth in support of my Motion for an Order permitting correction of the Administrative Record by permitting supplementation of the record on appeal with the January 6, 2017 emails inadvertently omitted from the Administrative Record filed in my case.

2.      The January 6, 2017 email I sent to RAI Operations Manager Ferrari, and Ms. Ferrari's email response to me attaching the commission reports I had requested, were part of the communications pertaining to my claim for disability

benefits now under review by this Court. As the emails show, I emailed

Operations Manager, Carol Ferrari and asked, "please send me commission paid

for Ringler Scarsdale Inc for 2013, 2014. Thank you." Ms. Ferrari replied that

same day, "Greg ... Attached are your general ledger accounts Commission

Rec'ed Direct and omission ... Expense for the years 2013, 2014 and 2015. If you

need anything else, just let me know. Have a good weekend."

3.      These January 6, 2017 emails were inadvertently omitted from the

Administrative Record that was filed with the District Court. The emails should

have been included in the Administrative Record, I understand, because they are

part of the communications regarding my claim for benefits.

4.      I did not realize these emails were not included in the Administrative

Record. I discovered this only recently. Defendants have accused me of

"creating" the commission reports. I have always stressed that RAI provided the

reports to me; I did not create them. I reviewed the record on appeal for these

January 6, 2017 emails confirming this and realized that these emails are not in the

Administrative Record filed in my case. Since defendants have continued to

falsely accuse me of "creating" these commission reports that RAI, in fact,

provided to me, the January 6, 2017 emails between myself and Ms. Ferrari are

important to show that defendants' accusation against me is false. I thought that

these emails were already in the Administrative Record in my case. I asked Mr.

Begos to consent to supplement the record to include these emails, but he has refused to agree. I am thus filing this Motion respectfully requesting that the Court permit the record in my appeal to be supplemented with these January 6, 2017 emails that should have been included in the first place in the Administrative Record filed in my case.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9/15/20                    /s/ Gregory Mayer